AO 106 (Rev. 7/87) Affidavit for Search Warrant

# United States District Court

| SOUTHERN | DISTRICT OF | CALIFORNIA |

**In the Matter of the Search of**

(Name, address or brief description of person or property to be searched)

**Premises known as:**
The subscriber/toll records, stored memory, active digital display and all other electronic features of one LG cellular telephone (Serial number 611MMQH574476)

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: '08 MJ 0612

I _____ Daniel Moreira _____ being duly sworn depose and say:

I am a(n) _____ Lead Border Patrol Agent, U.S. Border Patrol _____ and have reason to believe

that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

the subscriber/toll records, stored memory, active digital display, and all other electronic features of one LG cellular telephone (Serial number 611MMQH574476) which was seized as evidence incident to the arrest of Ernest Villareal-Sanchez for Transportation of Illegal Aliens; and the above specified cellular telephones are currently in the possession of the U.S. Border Patrol, Brownfield Station.

In the _____ SOUTHERN _____ District of _____ CALIFORNIA _____
there is now concealed a certain person or property, namely (describe the person or property to be seized)
Attachment A

Which is: (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
Fruits, evidence, and instrumentalities of crimes against the United States,

Concerning a violation of Title ___8___ United States code, Section(s) ___1324(a)(1)(A)(ii)___
The facts to support a finding of Probable Cause are as follows:

See attached affidavit

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

Signature of Affiant

Sworn to before me, and subscribed in my presence

Date: 2-29-08   at San Diego, California

NITA L. STORMES
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT B

## ITEMS TO BE SEIZED

a. the telephone number and name/identity assigned to the telephone;

b. telephone numbers, names, and identities stored in the directory;

c. telephone numbers dialed from the telephone;

d. all other telephone numbers stored in the telephone's memory (including, but not limited to: received, missed and incomplete calls);

e. any other electronic information in the stored memory and/or accessed by the telephone (including, but not limited to: text messages, voice messages, and memoranda);

f. any electronic photographs, voice recordings, voice notes, calendar information; and

g. all subscriber information

## AFFIDAVIT

I, Daniel Moreira, being duly sworn, hereby depose and say:

### A. LOCATION TO BE SEARCHED

1. I believe that I have probable cause to search the subscriber/toll records, stored memory, active digital display, and all other electronic features of one LG cellular telephone (Serial Number: 611MMQH574476) and one Motorola i835 cellular telephone (Serial number: 384VGACJWR) seized as evidence in connection with the arrest of Ernest VILLARREAL-SANCHEZ, following his arrest for violation of Title 8 U.S.C. 1324, Transportation and Bringing in of Illegal Aliens on January 19, 2008.

2. The telephones are currently in the possession of United States Border Patrol, San Diego, California.

### B. ITEMS TO BE SEIZED

3. Based upon my experience and training, and all of the facts and opinions set forth in this affidavit, I believe that the following items will be found in the location to be searched described in paragraph 1, supra:

   a. the telephone number and name/identity assigned to the telephone;

   b. telephone numbers, names and identities stored in the directory;

   c. telephone numbers dialed from the telephone;

   d. all other telephone numbers stored in the telephone's memory (including, but not limited to: received, missed and incomplete calls);

   e. any other electronic information in the stored memory and/or accessed by the telephone (including, but not limited to: text messages, voice messages and memoranda);

      f. any electronic photographs, voice recordings, voice notes, calendar information; and

      g. subscriber information

which evidences the existence of a conspiracy to smuggle undocumented aliens into the United States in violation of law.

## C. EXPERIENCE AND TRAINING

4. I am a Lead Border Patrol Agent (LBPA) of the United States Department of Homeland Security, Border Patrol. As of October 2007, I am currently assigned to the Brown Field Border Patrol Station Intelligence Unit, San Diego, California. The Brown Field Station Intelligence Unit is tasked with the responsibility of investigating, arresting, and prosecuting alien smuggling organizations that utilize the Southern District of California as an operational corridor. These investigations are complex criminal investigations of mid to high-level criminal smuggling organizations. In the course of my duties, I investigate and prepare for prosecution cases against persons involved in the inducement of illegal entry of undocumented aliens into the United States; the smuggling of undocumented aliens into the United States; the transportation and harboring of undocumented aliens within the United States; and the utilization of illegally-obtained, counterfeit, altered or genuine immigration documents by undocumented aliens to illegally gain entry or remain in the United States.

5. Prior to being assigned to the Brown Field Station Intelligence Unit, I was detailed to the San Diego Sector Intelligence Department. During my details to the Intelligence Department, several smuggling organizations were targeted by investigations which resulted in the issuance of arrest warrants, search warrants, seizure warrants and the indictments and convictions of persons for alien smuggling including guides, drivers, recruiters, arrangers, document providers, and top-level

managers.

6. Throughout my career, I have received training and conferred with other Border Patrol Agents, narcotics investigators, law enforcement professionals and others (including suspects, defendants and informants) in the operation of cellular and digital telephones and other electronic devices used by alien smugglers in the normal course of their illicit activities. During the course of alien smuggling investigations and training, I have learned that alien smugglers and others involved in such criminal conspiracies use digital and cellular telephones, in part, to increase their mobility, and to provide themselves with instant access to telephone calls and voice messages. Alien smugglers also use digital and cellular telephones, in part, because of their belief in the inability of law enforcement personnel to simultaneously track the originating and destination telephone numbers of calls placed to and from their digital and cellular telephones. In addition, alien smugglers and others involved in such criminal conspiracies use digital and cellular telephones because they provide greater insulation and protection against court-ordered wiretaps.

7. In preparing this affidavit, I have conferred with other agents and law enforcement personnel who are experienced in the area of alien smuggling investigations, and the opinions below are shared by them. Further, I have personal knowledge of the following facts, or have had them related to me by persons mentioned in this affidavit. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support issuing of a search warrant, it does not include all the facts that have been learned during the course of investigation. When the contents of documents or statements of others are reported herein, they are reported in substance and part unless otherwise indicated.

## D. STATEMENT OF FACTS

8. On January 19, 2008, at approximately 09:20 a.m., the Highway 94 Checkpoint received a citizen call stating that a white Chevrolet pick up truck bearing California license plate 4J74088, had dropped off approximately 15 individuals on Highway 94 just east of the Dulzura Fire Department at 9:00 a.m.

9. At approximately 10:15 a.m., a Border Patrol Agent Jackson stated that he saw the vehicle matching the description of the vehicle from the citizen call heading north on Honey Spring Road from Mother Grundy Truck Trail. This area is commonly used by alien smugglers to pick up aliens and assist their furtherance into the United States.

10. At approximately 10:18 a.m., I arrived at the corner of Honey Springs Road and Lyons Valley Road. I observed the vehicle make a left hand turn onto Lyons Valley Road and followed behind at a safe distance. I observed that the truck was laden in the rear and that there was a large piece of plywood covering the bed of the pick up truck. This is a common tactic used by alien smugglers to conceal individuals in the bed of the pick up truck.

11. On January 19, 2008, Border Patrol Agents attempted to conduct a vehicle stop on a 1992 Chevrolet Silverado for suspected immigration violations. Upon attempting to stop the vehicle, the driver sped up and attempted to abscond from the Border Patrol Agents. After a short pursuit, agents discontinued their pursuit of the vehicle.

12. After attempting to abscond, the vehicle continued to travel on Skyline Truck Trail heading eastbound towards Honey Springs Road. Approximately one hundred feet east of Skyline Truck Trail Extension Fire Station, the driver stopped the vehicle and ordered people to exit the vehicle.

13. On January 19, 2008, at approximately 10:34 a.m., I was contacted by Border

Patrol Agent Jazmin Castillo regarding a vehicle bail out involving suspected illegal aliens with the vehicle that had previously failed to yield to the U.S. Border Patrol. The vehicle was a white Chevrolet pick up truck bearing California license plate 4J74088.

14. During the bail-out, the driver was identified as Ernest VILLARREAL-Sanchez. When SPA Castillo arrived, VILLARREAL was seated in the driver's seat. VILLARREAL was handcuffed and taken into custody. VILLARREAL was searched then processed for 8 USC 1324. However, no telephones were recovered from the defendant at that time. The defendant was then processed and transported to the Metropolitan Correctional Center (MCC).

15. At MCC, medical personnel treated and removed a cellular telephone, a LG cellular telephone (Serial Number: 611MMQH574476), from VILLARREAL's rectum and returned it to Brown Field Station Processing Evidence locker. In addition, a second telephone, Motorola i835 cellular telephone (Serial number: 384VGACJWR), was recovered in connection with VILLAREAL's processing at the MCC.

16. Based upon my experience and investigation in this case, I believe that the two cellular telephones were used to aid VILLARREAL in their conspiracy to smuggle undocumented aliens into the United States in violation of Title 8 USC 1324(a)(1)(A) Bringing and Transportation of Illegal Aliens.

E.  **CONCLUSIONS**

17.  Based upon my experience and training, consultation with other agents in alien smuggling investigations, consultation with other sources of information, and the facts set forth herein, I know that the items to be seized set forth supra in Section B are likely to be found in the location to be searched described supra in Section A.

*Daniel Moreira*
Daniel Moreira
Lead Border Patrol Agent
U.S. Border Patrol

SUBSCRIBED TO AND SWORN TO
Before me this 29th day of February, 2008

UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

One black LG cellular telephone (Serial Number: 611MMQH574476).